# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| UNILOC 2017, LLC ET AL, | § | |
| --- | --- | --- |
| Plaintiffs, | § § § | |
| v. | § | Case No. 2:18-CV-00499-JRG-RSP |
| GOOGLE LLC, | § § § | |
| Defendant. | § | |

## ORDER

Plaintiffs Uniloc 2017, LLC and Uniloc USA, Inc. (collectively "Uniloc") filed an Unopposed Motion for Leave to File Response to Motion to Dismiss Under Seal, which is now before the Court. (Dkt. No. 27.) Also before the Court is Uniloc's Unopposed Motion for Leave to File Excess Pages for its Response. (Dkt. No. 28.)

After consideration, the Court **GRANTS** Uniloc's Motion for Leave to File Response to Motion to Dismiss Under Seal (Dkt. No. 27) and Uniloc's Motion for Leave to File Excess Pages for its Response (Dkt. No. 28). It is therefore **ORDERED** that Uniloc's Response (Dkt. No. 29) to Defendant's Motions to Dismiss shall be filed under seal. It is further **ORDERED** that Uniloc is permitted to exceed page limits for its Response.

**SIGNED this 24th day of May, 2019.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE