# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> *Defendants*. § | Case No. 2:18-cv-00499-JRG-RSP |

## SUPPLEMENTAL ORDER TO CLAIM CONSTRUCTION MEMORANDUM AND ORDER

The Court previously entered a Claim Construction Memorandum and Order ("CCMO") on January 20, 2020. Dkt. No. 152. This CCMO construed the term "short-range wireless technology" to mean "wireless personal area network technology." Dkt. No. 152 at 45–50. While the CCMO did not expressly exclude Wi-Fi technology from the scope of this claim term, the reasoning within the CCMO indicated that "short-range wireless technology" did not include Wi-Fi technology. *Id*. at 48–49. For example, the CCMO stated that "[t]he disclosures regarding 'short-range wireless technology' between a mobile device and a stationary terminal thus contrast with the disclosure of 'access to the Internet' using WiFi." *Id*. at 49.

The Court now enters this Supplemental Order to modify the construction for this term. The Court now construes "short-range wireless technology" to mean "**wireless personal area network technology (which excludes, for example, Wi-Fi technology).**" The Court alters this construction to eliminate any ambiguity as to whether Wi-Fi technology falls within the scope of this claim term.

**SIGNED this 20th day of March, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE